UNITED STATES DISTRICT COURT
SOUTHERN  DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.:

KENNETH HERZBRUN, individually
and on behalf of all others similarly
situated,

       Plaintiff,

vs.

PROPY, INC.,
          Defendant.

_____/

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL UNDER 28 U.S.C. §§ 1331 AND 1441

Defendant Propy, Inc.,  ("Defendant" or "Propy"), hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and removes to the United States District Court for the Southern District of Florida, the cause of action initiated in the Circuit Court for the Sixteenth Judicial Circuit in and for Monroe County, Florida, styled *Kenneth Herzbrun, individually and on behalf of all others similarly situated v. Propy, Inc.* Case No. 23-CA-000506-K, on the following grounds:

This Notice of Removal is founded and based upon federal question pursuant to 28 U.S.C. §§ 1331 and 1441.  Plaintiff, Kenneth Herzbrun ("Plaintiff"), originally filed this civil action on or about June 29, 2023, in the Circuit Court for the Sixteenth Judicial Circuit in and for Monroe County, Florida, seeking monetary damages.  As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders, and other documents presently contained in the state court file and available for copying are attached to this Notice.  *See* state court filings, including current docket and Complaint, attached as **Composite Exhibit A**.

**A.      CONSENT TO REMOVAL**

Propy is the only named Defendant.

**B.      TIMELINESS OF REMOVAL**

Defendant Propy was served via its Registered Agent, Corporation Service Company, on August 18, 2023.  *See* Certificate of Service, included as part of **Composite Exhibit A**. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service of the initial pleading on Propy, pursuant to 28 U.S.C. § 1446(b).

**C.      THE VENUE REQUIREMENT IS MET**

Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.[1]

**D.      FEDERAL QUESTION AT ISSUE**

Plaintiff alleges purported claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*.  *See* Compl. ¶¶ 51-58.

Plaintiff's Complaint is removable to the United States District Court for the Southern District of Florida because the Complaint presents a federal question.  Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States."  *See*  28 U.S.C. § 1331.  Plaintiff's claims provide the basis for this Court's jurisdiction as he has brought suit under the laws of the United States.  Accordingly, Propy is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

---

[1] Propy reserves and does not waive the right to contest personal jurisdiction.

**E.**     **SUPPLEMENTAL JURISDICTION**

This Court also has supplemental jurisdiction over the Count II of the Complaint, which

alleges a purported violation under the Florida Telephone Solicitation Act, Fla. Stat. § 501.059.

*See* Compl. ¶¶ 59-66.   Jurisdiction exists pursuant to 28 U.S.C § 1441(c) and 28 U.S.C. § 1367(a).

**F.**     **NOTICE TO PARTIES AND TO THE CIRCUIT COURT**

Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a

copy of this Notice of Removal is being filed with the Clerk of the Circuit Court for the Sixteenth

Judicial Circuit, in and for Monroe County, Florida, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, Propy requests that the above-styled action now pending against it in the

the Sixteenth Judicial Circuit, in and for Monroe County, Florida, be removed to this Court.

Dated:  September 15, 2023.          Respectfully Submitted,

                                     HOLLAND & KNIGHT LLP

                                     By:     /s/ *Cory W. Eichhorn*

                                     Cory W. Eichhorn, FBN: 576761
                                     Email: cory.eichhorn@hklaw.com
                                     Sydney B. Alexander, FBN: 1019569
                                     Email: sydney.alexander@hklaw.com
                                     Holland & Knight LLP
                                     701 Brickell Avenue, Suite 3300
                                     Miami, FL  33131
                                     Telephone:  (305) 374-8500

                                     ***Counsel for Propy, Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th of September, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ Cory W. Eichhorn_
Cory W. Eichhorn

## SERVICE LIST

Shamis & Gentile, P.A.
Andrew J. Shamis, Esq.
Email: ashamis@shamisgentile.com
Garrett Berg, Esq.
Email : gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL  33132

Edelsberg Law, P.A.
Scott Eselsberg, Esq.
Email: scott@eldelsberglaw.com
Christopher Gold, Esq
Email: chris@eldelsberglaw.com
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180